EVA R. ASSELIN *vs.* BYRON B. BLOUNT *et al.*

OCTOBER 11, 1940.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

For former opinion, see 65 R. I. 293.

PER CURIAM. After our opinion in this cause was filed, the respondents, by leave of court, filed a motion for reargument.

We have carefully considered the reasons advanced by the respondents in support of their motion and are of the opinion that a reargument is not warranted. We may add that a careful reading of our opinion will show that we did not overlook either of the points raised by the respondents in their motion as reasons for a reargument.

Motion for reargument denied and dismissed.

*James B. Linehan,* for petitioner.

*Haslam, Arnold & Sumpter, Harry A. Tuell,* for respondents.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

